FILED
U.S. DISTRICT COURT
... ISTA DIV.

2015 JAN 20 PM 1:31

CLERK _CAdens_
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **ORDER** |
| LEAVE OF ABSENCE REQUEST | ) | |
| | ) | |
| STAN K. FITZGERALD | ) | CR 4:14-32 |

The above named attorney having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED that Stan F. Fitzgerald be granted leave of absence for the period stated in the application.

This 20th day of January, 2015.

DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT JUDGE